IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| IN RE | BANKRUPTCY NO.  13-15034-LSS |
| MISSY A. SEAGRAVES<br>    DEBTOR(S) | CHAPTER 13 |
| WELLS FARGO BANK, N.A. AS SERVICING AGENT FOR US BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR7<br>    MOVANT | |
| VS. | |
| MISSY A. SEAGRAVES, DEBTOR(S)<br>ERNEST E. SEAGRAVES, CO-DEBTOR(S)<br>    RESPONDENT(S) | |

**NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON
AS TO PROPERTY KNOWN AS 5 FARMSTEAD PLACE, MIDDLETOWN, MD 21769**

    Wells Fargo Bank, N.A. as Servicing agent for US Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR7 has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. Section 362(a) and 1301 to enable it to proceed to foreclose the property known as 5 Farmstead Place, Middletown, MD 21769.  Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one on this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)

    If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by **January 19, 2018** you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to Mark S. Devan, Esquire, Alba Law Group, P.A., 11350 McCormick Road, Executive Plaza III, Suite 200, Hunt Valley, MD 21031, bankruptcy@albalawgroup.com and to Timothy P. Branigan, Trustee, 9891 Broken Land Parkway, Suite 301, Columbia, MD 21046, cmecf@chapter13maryland.com.

    If you mail rather than deliver your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

    The hearing is scheduled for **January 29, 2018, at 02:00 pm, in Courtroom 3-D**, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD 20770.

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT

MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Date:   January 5, 2018    /s/ Mark S. Devan

                                                                          Mark S. Devan

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the Notice of Motion for Relief from Stay and Hearing Thereon was mailed first class, postage paid, this 5th day of January, 2018 to:

Missy A. Seagraves
5 Farmstead Place
Middletown, MD 21769

Ernest E. Seagraves
5 Farmstead Place
Middletown, MD 21769


  I HEREBY CERTIFY that a copy of the Notice of Motion for Relief from Stay and Hearing Thereon was uploaded through the Court's ECF System at the e-mail address register with the court on, this 5th day of January, 2018 to:

Paul Victor Jorgensen
215 West Main Street
P.O. Box 850
Middletown, MD 21769
pauljorgensen@mac.com

Scott C. Borison
5235 Westview Dr.
Suite 100
Frederick, MD 21703
bk@legglaw.com

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
cmecf@chapter13maryland.com

                /s/ Mark S. Devan
                Mark S. Devan
                bankruptcy@albalawgroup.com